**FILED**

08/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0157

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0157

STATE OF MONTANA

CHRISTINE L. MULGREW

      Petitioner and Appellee,

  and

THOMAS D. MULGREW

      Respondent and Appellant

ORDER

    Upon consideration of Petitioner and Appellee's motion for extension of time, and good cause appearing therefore,

    IT IS HEREBY ORDERED that Petitioner and Appellee is granted an extension of time to and including September 9, 2020, within which to prepare, file, and serve her opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 10 2020